
CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 26 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **MARCUS D. YOUNG,** | ) | CASE NO. 7:11CV00352 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| vs. | ) | |
| | ) | |
| **DEPARTMENT OF CORRECTIONS,** | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 42 U.S.C. § 1997e(a), and this action is stricken from the active docket of the court.

ENTER: This 25th day of July, 2011.

/s/ Glen E. Conrad
Chief United States District Judge